# UNITED STATES DISTRICT COURT
Southern District of Texas

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS<br>**PLAINTIFF**<br><br>VS.<br><br>USA WASTE OF TEXAS LANDFILLS, INC.<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:26-CV-08968 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Wednesday, October 28, 2026 at 2:56 PM, this SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, PLAINTIFF'S ORIGINAL COMPLAINT, EXHIBIT A, EXHIBIT B for USA WASTE OF TEXAS LANDFILLS, INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM was received by me.

On Thursday, October 29, 2026 at 2:55 PM, I delivered the above-mentioned documents to Intake Specialist: Alexshondra Willis who represented that they were authorized to accept service on behalf of USA WASTE OF TEXAS LANDFILLS, INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM at 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Thursday, October 29, 2026

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1201 Louisiana St Ste 370
Houston, TX 77002

2676-020 Harris County v. USA Waste
DocID: P360160_1